CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

FEB 2 6 2008

JOHN F CORCORAN, CLERK
BY: /s/ K. Botsm
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

BREVETTA JORDAN,

    *Plaintiff*,

v.                                                       Civil Action No. 5:07cv00101

TOWN OF FRONT ROYAL
and
DAVID W. REYNAL in his official
and personal capacity,

    *Defendants*.

## ORDER

On February 14, 2008 the defendant, David W. Reynal, filed a Notice of Withdrawal of his Rule 12(b)(6) Motion to Dismiss, and filed an Answer to the First Amended Complaint on the same date, therefore, it is ORDERED that said defendant's motion is hereby withdrawn.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: this 25th day of February 2008.

                                                                         /s/ [signature]
                                                                         U. S. Magistrate Judge